STATE *v.* BRAMBLE.

## STATE v. CHARLES BRAMBLE.

*Practice—Appeal in Forma Pauperis—Affidavit.*

The omission, in an affidavit to appeal *in forma pauperis*, of the averment that it is made in good faith, is a fatal defect and for such defect the appeal will be dismissed as a matter of right and not of discretion.

The defendant was convicted on a criminal charge at September Term of CUMBERLAND Circuit Criminal Court, before *Sutton, J.,* and a jury and appealed *in forma pauperis.* In this Court the Attorney General moved to dismiss appeal for defective affidavit.

*Mr. Zeb V. Walser, Attorney General,* for the State.
*Messrs. H. L. Cook* and *H. McD. Robinson,* for defendant (appellant).

*Per Curiam:* The affidavit to appeal *in forma pauperis* is fatally defective, as it omits the averment that it is "made in good faith," which is required by *The Code,* Section 1235. The appeal must be dismissed as a matter of right, not of discretion. *State* v. *Harris,* 114 N. C., 830; *State* v. *Rhodes,* 112 N. C., 856; *State* v. *Jackson,* Ibid, 849; *State* v. *Shoulders,* 111 N. C., 637; *State* v. *Wylde,* 110 N. C., 500; *State* v. *Tow,* 103 N. C., 350; *State* v. *Moore,* 93 N. C.; 500; *State* v. *Payne,* Ibid, 612; *State* v. *Jones,* Ibid, 617; *State* v. *Morgan,* 77 N. C., 510; *State* v. *Divine,* 69 N. C., 390.

Appeal dismissed.